CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and Arthur H. Bunte, Jr., Trustee, Plaintiffs–Appellees/Cross–Appellants,

v.

BULK TRANSPORT CORP., Defendant–Appellant/Cross–Appellee.

Nos. 15-3346, 15-3208

United States Court of Appeals,
Seventh Circuit.

June 3, 2016

Rebecca Kate McMahon, John J. Franczyk, Jr., Attorneys, Central States, Southeast & Southwest Areas Pension Fund, Law Department, Rosemont, IL, for Plaintiff–Appellant.

Mark McKay Trapp, Peter A. Steinmeyer, Attorneys, Epstein, Becker & Green, P.C., Chicago, IL, for Defendant–Appellee.

Before RICHARD A. POSNER, Circuit Judge, FRANK H. EASTERBROOK, Circuit Judge, MICHAEL S. KANNE, Circuit Judge

ORDER

On May 16, 2016, defendant-appellant, cross-appellee, filed a petition for rehearing and rehearing *en banc*. All the judges on the original panel have voted to deny the petition and none of the judges in

regular active service has requested a vote on the petition for rehearing *en banc*. The petition is therefore **DENIED**.